# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Jorge Alvarez
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Mullen Automotive, Inc
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jorge Alvarez |
   | Street Address | 37 Allison lane |
   | City and County | Springfield  Hampden |
   | State and Zip Code | Massachusetts  01129 |
   | Telephone Number | 413-348-6822 |
   | E-mail Address | jalvarez01129@comcast.net |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
    Name    Mullen Automotive, Inc
    Job or Title (if known)
    Street Address    1405 Pioneer Street
    City and County    Brea    Orange
    State and Zip Code    California 92821
    Telephone Number    559-797-6831
    E-mail Address (if known)    jgreen@mullenusa.com

Defendant No. 2
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 3
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* __Jorge Alvarez__, is a citizen of the State of *(name)* __Massachusetts__.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, (name) Mullen Automotive, Inc, is incorporated under the laws of the State of (name) Delaware, and has its principal place of business in the State of (name) California.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain):

Price at 3rd split aprox $17.42 per share, times 16,800 shares equaling $292,656

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff is entitled to damages as all loses are in due to defendant unlawful acts defendant Mullen Automotive committed puffery, misleading statements, false statements throughout the year of 2023 and including previous year

See attachment

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attachment

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/7/24

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Jorge Alvarez

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

1  Jorge Alvarez

2  37 Allison lane

3  Springfield Ma, 01129

4  413-348-6822

5  jalvarez01129@comcast.net

6                                              VS

7                                              **Defendant 1**, Mullen Automotive, Inc

8                                              1405 Pioneer Street

9                                              Brea, CA 92821

10                                             559-797-6831

11

12

13

14

15                           **Statement of Claims**

16   *1. Falsely and misleadingly claiming the vehicles are Mullen made. Since 2014*
17   *2. Falsely misleadingly claiming vehicles are 100% American made. Since*
18   *2023*
19   *3. Failure to uphold fiduciary duty. Since it went public in aprox 11/05/2021*
20   *4. Exaggerated and misleading false outlooks, claims/puffery. Since it went*
21   *public in 2021& before going public since 2014*
22   *5. Misleading claims on its battery technology/production. Since 2020*
23   *6. Failure to comply with SEC rules.08/03/2023*
24
25
26
27
28
29

## SUMMARY OF ALLEGATIONS

This cause arises from the unethical misleading statements and puffery, that lead to financial harm and loses and the circumstances recounted in the complaint are not unlike those incase docket 1:07-CV-01757, and violation of Section 10(b) of the Securities Exchange Act of 1934 ("the Act"), 15 U.S.C. § 78j(b); Rule 10b-5, 17 C.F.R. § 240.10b-5; and Section 20(a) of the Act, 15 U.S.C. § 78t(a)

*Misleading claims on its battery technology/production*

As reported by Hindenburg Research, "In 2020, Mullen announced a joint venture to manufacture its sold-state battery technology. We spoke with a senior executive familiar with the supposed JV who told us "It didn't exist at all". It was an apparent fabrication. He called Mullen CEO David Michery "fast talking" and a "hustler"." Further Hindenburg Research added, "Mullen's battery claims were based on technology licensed from a 1-year-old Chinese battery technology company. After hyping the importance of the relationship, Mullen made one payment under the deal and promptly terminated the relationship. The Chinese company's website no longer works."

*Exaggerated and misleading false outlooks, claims/puffery*

Such as making knowingly exaggerated false misleading claims that Mullen is the exclusive provider for EV class 1 vans to the United States governments Rapid Response Defense System RRDS. But Nasdaq then reveled in a statement that, "The caveat is that Mullen is **not** the "**exclusive**" partner as it alleges in its press release but one of the perhaps many partners that will meet the governments EV demand." So far, I have not found any evidence to suggest the U.S government RRDS will be using Mullen Automotive beyond a trial basis as they do with all contractors. Nor has Mullen provided any means to actually meet the necessary needs of such a deal with the government.

Puffery and causing investor excitement/rally on claims such as an order/deal with a Fortune 500 company in approximately in the date of March of 2022.

Made announcements of a deal that caused a significant rally of approximately 16% plus, approximately on the month of July 2022 with Amazon but instead came out to be with DelPack as Amazon went with Rivian and has delivered over 580 million packages using the Rivian vans, not Mullen directly or through any of Amazons partners.

64  *Falsely and misleadingly claiming the vehicles are Mullen made*

65  On the Mullen announcements it claimed 600 vans will be bought withing 18
66  months by Delpack. That was in 2022, we are in 2024, and no such sales have
67  taken place. In nearly 10 years, yes 10 years, as Mullen is not a new company as
68  misleadingly claimed by the CEO, Mullen made in my findings zero sales, yet the
69  company has pocketed millions, board members have enriched themselves off the
70  investors every time they reward themselves after so-called milestones, and as
71  recently they may have, according to their claims/announcements, done 30 or so
72  sales of rebranded Chinese vehicles totaling approximately $308,000 dollars.
73  Which by the way, Mullen did not produce, but acquired after they bought the
74  failed company ELMS, and ELMS also didn't manufacture these vehicles, they
75  bought them from Chinese manufacturer and tried to rebrand them. Even worse,
76  they claimed to have made approximately $308,000 dollars in sale, but at the same
77  time have suffered in excess of $800,000,000 dollars in losses according to their
78  own filings on, (08/14/2023 Mullen Automotive Consolidated Statements of
79  Operation) & the (09/30/2023 Mullen Automotive Consolidated Statement of
80  Operation, reported Net loss before income tax benefit $1,017,647,310, that's over
81  a billion dollars with only a gross margin of sales at $92,118. Considering this
82  company is incapable of manufacturing its own engineered from the ground-up
83  vehicles, and has no considerable sales in its outlook, with losses only continuing
84  to pile on, this company is only serving and has been serving as a money-making
85  scheme for the bad actors running it. As it would require, in my opinion, sales in
86  the scale of a top world-wide known auto makers, example, Toyota, Ford or
87  Honda, just for this company to start exiting out of its unimaginably sized loses.

88  Misleading and false statements about the vehicle Qiantu K50/Dragonfly as stated
89  on dot.la, "Back in May 2019, after months of negotiations, Mullen entered into an
90  agreement with Qiantu. As part of that deal, Mullen agreed to buy DragonFLY
91  K50 "kits" from the Chinese manufacturer and assemble and resell them in the
92  United States. A short time after the deal was inked, Mullen claimed it had signed
93  the wrong version of the paperwork, according to court documents filed by Qiantu.
94  Instead of simply correcting the error, the documents allege that Mullen tried to
95  use the delay to renegotiate key parts of the deal. For reasons that are unclear,
96  Qiantu agreed to come back to the table, and a second agreement was eventually
97  drafted with essentially the same terms, but a different payment schedule. Mullen
98  signed the agreement and initialed every page.", further "By August 31, 2019,
99  **Mullen had missed its very first payment to Qiantu. The Californian company**

100 would go on to default on the rest of its payments as well, despite continuing to
101 advertise the K50 as "coming soon" on its website in subsequent months."
102 Further, "In October 2019, after missing its first two payments, Mullen filed a suit
103 against Qiantu for breach of contract, again alleging that the Chinese manufacturer
104 had sneaked in the details of the payment schedule without Mullen's knowledge."
105 Finally, "This suit has now been settled. Under the terms of the agreement, Mullen
106 will pay Qiantu $6 million, plus warrants that allow the purchase of up to 75
107 million shares of MULN at 110% of the price of the common stock. These
108 warrants are exerciseable for one year, starting in September 2023." This careless
109 and irresponsible actions as stated by the dot.la shows how Mullen caused further
110 harm to investors, with more debt, yet, they still awarded themselves.

111 The puffery stated on the Mullen website dated April 29, 2019 ,of "finalizing the
112 critical first step" as stated by CEO David Michery, and announcing the building
113 of a 1.3 million square ft building of assembly, manufacturing and research and
114 development facility in Spokane near the airport, but eventually Mullen was sued
115 and had to settle with the _actual manufactures_ of the vehicle and the Spokane
116 facility never happening.

117 When Mullen was under the name Mullen Motor Company, Mullen puffery of a
118 list of EV vehicles they were going to make and sell such as the Mullen 800e,
119 700e, 200e, and so on, never to be made or sold by Mullen what so ever. This
120 debut was done approximately November of 2014. The vehicles where leftover
121 from a previous failed EV company called Coda Cars. Keep in mind, as this was
122 the same tactic being done present time.

123 Puffery claims of a $336 million-dollar large scale EV production facility in
124 Memphis TN. As it stated in its announcement page for investors to read on March
125 2021, "Mullen set to Rock n' Roll in Memphis". "to become US manufacturing
126 Hub for Mullen's EVs" This too never happened.

127    *Failure to uphold fiduciary duty*

128 Committing 3 avoidable reverse splits in 1 year

129 Rendering the company counterproductive to investors

130 Mullen failure to disclose historic information of its CEO, using puffery and
131 misleading investors as to David Michery true expertise and history. Which is zero
132 expertise in the automotive field or any other sector in such a field, or energy
133 sector or any other form of automotive or energy engineering background or sector

or achievements in such fields. He's only experience stands in the entertainment field of music/sound, where he ran a number of failed companies and faced the same scrutiny, SEC violations, while making millions of dollars off the investors. Companies such as, American Music Corporation, Seven Arts Entertainment, Primco Management Inc previously known as ESMG Inc that dealt in music and marijuana/drugs of all things, Eat, Sleep Media Group, American Southwest Music Distribution Inc which, as stated on the Hindenburg report, " Prosecutors Alleged the Attempted Merger with ASWD Was Part of The Scheme" to the case of Petro America, and Petro America where the FBI had stepped in and up to 30 years sentences were handed to bad actors for security fraud.

Back-to-back Mass dilution of shares

Failure to act as agent without conflict of interest on behalf of a principal.

*Failure to comply with SEC rules* in including shareholders in meeting held on August 3rd 2023 prompting a notice. The notice stated that Mullen failed to meet the Nasdaq's annual meeting standard, as it did not hold an applicable annual meeting for the fiscal year ended Sept. 30, 2023.

Self-awarding of millions of dollars with little to no revenue year after year, gaining compensation awards based on as Mullen claims, specific financial and operational targets (milestones). Yet, all evidence shows, the claimed milestone has provided no fruition or simply never came to be, but again, proved to be puffery that monetarily awarded them and did little to nothing to better the company or its investors.

Filing frivolous lawsuits against mayor brokerage firms such as TD Ameritrade, that the CEO used as an excuse to the failing shares prices, caused a spike in the share price after announcement of filing as the CEO made a puffery of it, made exaggerated claims of held evidence to investors, to eventually have to accept to dismiss it as they had no standing, and then as a hail marry filed a spoofing lawsuit that to date seemingly has no traction. And during the same period of the lawsuit, Mullen issued approximately more than a billion shares causing a negative to the company and shareholders.

Mullen having done dealings with known criminals such as Richard Josephberg who was sentenced to 42 months in prison for tax evasion in approximately 2019, and was previously sentenced to 50 months in prison for fraud in approximately 2007 with 3 supervised release in which he immediately began committing more crimes and landed him the 2019 convictions. Micheal Wachs, who pled guilty for

169 defrauding Chase Manhattan bank for $20 million dollars. Mullen key shareholder,
170 Terren Peizer charged by SEC for insider trading in 2023. Lawrence Hardge,
171 founder of Global EV technology Inc and who Mullen has partnered with and
172 owns now 51%, was convicted of 8 counts of securities fraud, given a 20-year
173 sentence, managed to get his felonies expunged and then after allegedly bragging
174 about his scheme, leading the court to rescind his expungement order 1 month
175 later.

176 Failure to increase confidence, as board members purchases little to no Mullen
177 stocks, yet, want everyone else to invest into the company, but won't stop
178 awarding themselves of the investor's money, causing further harm to the
179 investors, while failing to disclose on the reasons for such actions.

180 *Falsely misleadingly claiming vehicles are 100% American made*

181 On February 24, 2022 in an interview/article by Austin Weber from Assembly,
182 when asked, "**AEM:** What is your production philosophy?" CEO to Mullen
183 responded, "**Michery:** Our vehicles will be 100 percent made in America.",
184 Example of more puffery, "**AEM:** What makes your EV design unique?"
185 "**Michery:** The Mullen Five will be the sexiest EV on the market with the most
186 aggressive performance stats." As an FYI to the courts, the Rimac Nevera has a top
187 speed of 258 mph and the Tesla roadster is over 250 mph, and this vehicle has not
188 been shown to be able to stand against those performance abilities.

189 Mullen CEO David Michery has also made claims Mullen will be 2nd to Tesla and
190 in a sly manner names Tesla in many of his conversations, insinuating, Mullen is a
191 major competitor to Tesla, which Mullen isn't because it doesn't possess the
192 capacity to engineer or manufacture its own vehicles, and has only assembled
193 Chinese vehicles and barely sold any if at all.

194 In April 2022, market analyst Hindenburg Research reported a wide range of
195 shocking allegations involving the Company overstating its business deals,
196 production timeline, and battery technology, including that two electric cargo vans
197 that it claimed it would be manufacturing were actually Chinese EVs rebranded
198 with a Mullen logo, that it had misrepresented the test results of its solid-state
199 battery, and that it misrepresented the nature of its business relationships with
200 several companies, among other issues.

201 Mullen went public through a reverse merger with troubled payment processing
202 company Net Element. On November 5, 2021, Mullen's first day of trading, the

203 stock closed at $11.77. By February 22, 2022, the stock had fallen to a low of
204 $0.61. After Mullen made a series of representations regarding "significant
205 advancement" on the development of solid-state batteries and the acquisition of an
206 unnamed Fortune 500 customer, the stock now trades around $2.40.

207 Further, Hindenburg Research published report in an article titled Mullen
208 Automotive, Inc. (MULN) Declared Among the Worst Electric Vehicle Hustles,
209 states, among other things, Hindenburg observed that "despite only spending ~$3
210 million in R&D (research & development) in 2021, Mullen claims its solid-state
211 battery technology is on track for commercialization in 18 to 24 months, putting it
212 ahead of every major technology and automaker in the industry who have
213 collectively invested <u>billions</u> on solving the problem." The Hindenburg report also
214 alleged that the Chief Executive Officer of EV Grid, Inc., which makes batteries
215 and battery management systems for vehicles, <u>refuted</u> a press release issued by
216 Mullen regarding test results for its battery, stating "we never would have said
217 that" and "we never did say it and certainly wouldn't have said it based on the
218 results of testing that battery." Additionally, the Hindenburg report alleged that
219 Mullen's claims to be in a joint venture with NextMetals Ltd. to create a solid-state
220 battery were refuted by a NextMetals senior executive who said it "'was a
221 nonstarter' and 'didn't exist.'"

222
223
224
225
226
227
228
229
230
231
232
233

## Conclusion

So far, as in the case Harman International Industries docket 1:07-cv-01757, Mullen Automotive has committed the puffery, the misleading statements and exaggerated claims of its acquisitions, the business plans of expansions, claimed orders, and its marketing of vehicles, all of it has managed to serve as bait for investors to invest in, as the Mullen bad actors award themselves millions of dollars with little to nothing produced, or sold or to serve as any form of considerable fruition.

This company in my findings stands to be a money-making scheme that has awarded themselves in stock-based compensation **alone** to the tune of approx. **$85.44 million dollars**, the **CEO David Michery** taking in **$48.87 million dollars** for the year ended Sep 30, 2023. The inappropriate actions alleged in this complaint have benefitted the fiduciary's interests or the interests of a third party instead of a principal's or beneficiary's interests.

## Relief

An amount of $292,656 for damages of shares. $10,000,000 for to serve as a serious deterrent for its abundant financially destructive behavior and serious misconduct.

*Jorge Alvarez*

5/7/2024